**HONORABLE JAMES L. ROBART**

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST REFRIGERATION SERVICES, LLC, a Washington limited liability company; JAMIE BURKE MACKI, an individual; MOLLY SUSANNE MACKI, an individual; ALLEGHENY CASUALTY COMPANY, a New Jersey corporation; THE NORTH RIVER INSURANCE COMPANY, a New Jersey corporation; DOES & ROES I-X,<br><br>Defendants. | CASE NO.: 2:25-cv-01965-JLR<br><br>~~[PROPOSED]~~<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND FOR LEAVE TO SERVE BY MAIL AND PUBLICATION** |

Plaintiff, BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST ("Plaintiff"), acting by and through its counsel of record Christensen James & Martin, Chtd., has moved the Court for a 60-day extension of time to serve Defendants NORTHWEST REFRIGERATION SERVICES, LLC, JAMIE BURKE MACKI, and MOLLY SUSANNE

~~[PROPOSED]~~ Order Granting Plaintiff's Motion to
Enlarge Time for Service of Process
Case No. 2:25-cv-01965-JLR
Page 1

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs

MACKI (collectively, the "Defendants") with the Summons and Complaint by mail and by publication.

Having reviewed the Motion and Declaration of Counsel in support thereof, and with good cause appearing, the Court ORDERS:

Plaintiff shall have through sixty days from the date of entry of this Order in which to serve Defendants with the Summons and Complaint by publication and mail.

Dated: January 23, 2026

United States District Court Judge James L. Robart

SUBMITTED BY:

Christensen James & Martin, Chtd.

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq. (WSBA # 51934)
7440 W. Sahara Ave.
Las Vegas, NV 89117
P. (702) 255-1718/ F. (702) 255-0871
wes@cjmlv.com
*Counsel for Plaintiff Board of Trustees
of the Employee Painters' Trust*

[PROPOSED] Order Granting Plaintiff's Motion to
Enlarge Time for Service of Process
Case No. 2:25-cv-01965-JLR
Page 2

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs